# EXHIBIT A

# GEORGIA CORPORATIONS DIVISION

### GEORGIA SECRETARY OF STATE
# BRAD RAFFENSPERGER

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **FULLSTORY, INC.** | Control Number: | **12059219** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1745 Peachtree Street NE, Suite G, Atlanta, GA, 30309, USA** | Date of Formation / Registration Date: | **7/17/2012** |
| Jurisdiction: | **Delaware** | Last Annual Registration Year: | **2022** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Chuan Wu** |
| Physical Address: | **1745 Peachtree St. NW, Ste G, Atlanta, GA, 30309, USA** |
| County: | **Fulton** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Chuan B Wu | CFO | 1745 Peachtree St NW ste g,, Atlanta, GA, 30309, USA |
| David Woolston | Secretary | 1745 Peachtree Street NE, Suite G, Atlanta, GA, 30033, USA |
| Scott M Voigt | CEO | 1745 Peachtree St NW ste g,, Atlanta, GA, 30309, USA |

Filing History          Name History