**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ANN JONES, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BLOOMINGDALES.COM, LLC, )<br>)<br>Defendants. ) | Case No. 4:22-cv-01095-SEP |

**ORDER OF DISMISSAL**

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

Dated this 18th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE

1